IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| CLEAR CREEK INDEPENDENT SCHOOL DISTRICT, § § § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. G-05-173 |
| J.K. b/n/f JOSE & ANA K., § § | |
| Defendants. § | |

**FINAL JUDGMENT**

As set forth in the Order Granting Plaintiff Clear Creek Independent School District's Motion for Summary Judgment and Denying Defendant J.K. by Jose & Ana K.'s Motion for Summary Judgment, issued this day, Plaintiff's Motion for Summary Judgment is hereby **GRANTED**, and Defendant's Motion for Summary Judgment is respectfully **DENIED**. The decision of the hearing officer that Plaintiff denied Defendant a free appropriate education and that Defendant should be awarded 150 minutes of compensatory parent or in-home training is **VACATED**. Any and all claims herein asserted by Defendant against Plaintiff are hereby **DISMISSED WITH PREJUDICE**. Each Party is to bear its own costs, attorney's fees, and expenses incurred herein to date. **THIS IS A FINAL JUDGMENT**. ALL RELIEF NOT HEREIN EXPRESSLY GRANTED IS **DENIED**.

**IT IS SO ORDERED**.

**DONE** this 16th day of August, 2005, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge